UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHERYL LOOSE

    Plaintiff,

v.

MONARCH RECOVERY
MANAGEMENT, INC

    Defendant.

Civil Action File No.:
7:16-cv-00029-HL

## NOTICE OF SETTLEMENT AS TO MONARCH RECOVERY MANAGEMENT, INC

Plaintiff, Cheryl Loose, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Monarch Recovery Management, Inc ("Monarch Recovery Management"). Plaintiff and Monarch Recovery Management anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Monarch Recovery Management. Accordingly, Plaintiff respectfully submits that this obviates the need for Monarch Recovery

Management to participate in the Rule 26(f) conference or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 16th day of November, 2016,

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.   770-766-1230
Fax   678-383-2598

*Plaintiff's Attorney*

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com

*Plaintiff's Attorney*