# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CHERYL LOOSE, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 7:16-cv-00029-HL |
| v. ) | |
| ) | |
| MONARCH RECOVERY ) | |
| MANAGEMENT, INC. A ) | |
| PENNSYLVANIA ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Cheryl Loose, ("Plaintiff") and Monarch Recovery Management, Inc. a Pennsylvania Corporation ("Monarch") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claim asserted against Monarch in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of December, 2016.

*[COUNSELS' SIGNATURES APPEAR ON FOLLOWING PAGE]*

1

| | |
|---|---|
| */s/Joseph J. Minock* <br> Joseph J. Minock <br> Georgia Bar No. 863687 <br> Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC <br> 3344 Peachtree Road, NE, Suite 2400 <br> Atlanta, Georgia 30326 <br> Telephone: (404) 876-2700 <br> jminock@wwhgd.com <br> **Counsel for Defendant Monarch Recovery Management, Inc. a Pennsylvania Corporation** | */s/ Adam Klein* <br> Adam Klein <br> Georgia Bar No. 425032 <br> Berry & Associates <br> 2751 Buford Highway, Suite 600 <br> Atlanta, GA 30324 <br> Telephone: (404) 235-3334 <br> aklein@mattberry.com <br> **Counsel for Plaintiff** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016 I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032

## **CERTIFICATION**

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 29th day of December, 2016.

>*/s/ Adam Klein*
>Adam Klein
>Georgia Bar No. 425032